**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: CLAUDE BLAGMON,<br>　　　　　　Debtor(s). | Case No. 22-11075MDC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this ___7th___ day of ___December___ 2022, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$3,346.00** is allowed and the balance due to counsel in the amount of **$2,346.00** mayl be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_Magdeline D. Coleman_
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE